# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 4965

**MAERSK LINE,**
        *Plaintiff,*

-against-

**WIT, INC, AND BORIS KHURGIN,**
        *Defendants.*

State Of New York, County of New York SS:
**JOLANTYNA CAGNEY**
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the 5TH day of JUNE 2008, At: 6:35 PM

At: 175 WEST 87TH STREET, APT.5C, NEW YORK, NEW YORK 10024

Deponent served the Annexed: **SUMMONS IN A CIVIL CASE AND CIVIL COMPLAINT IN ADMIRALTY**

Upon: **WIT, INC.**

### PERSONAL SERVICE ON A CORPORATION
A corporation, by delivering thereat a true copy to **BORIS KHURGIN (MANAGING AGENT** personally; deponent knew the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **BLACK** Hair: **WHITE** App. Age: 60 App. Ht: 5'6" App. Wt. 175
Other identifying features:

Sworn to before me this 11TH day of JUNE 2008

JOLANTYNA CAGNEY 116-9105

MICHAEL PEREZ
Notary Public, State of New York
No. 01PE6065326
Qualified in Queens County
Commission Expires Oct. 15, 2009