# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 4965

**MAERSK LINE,**
        *Plaintiff,*

-against-

**WIT, INC, AND BORIS KHURGIN,**
        *Defendants.*

State Of New York, County of New York SS.:
**JOLANTYNA CAGNEY**
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the **5**$^{TH}$ day of **JUNE 2008**, At: **6:35 PM**

At: **175 WEST 87**$^{TH}$ **STREET, APT.5C, NEW YORK, NEW YORK 10024**

Deponent served the Annexed: **SUMMONS IN A CIVIL CASE AND CIVIL COMPLAINT IN ADMIRALTY**

Upon: **BORIS KHURGIN**

### PERSONAL SERVICE ON AN INDIVIDUAL

An individual, by delivering thereat a true copy to **BORIS KHURGIN** personally; deponent asked the person spoken to if he was the named defendant, and he replied in the affirmative. Upon this information and belief, deponent knew that the person spoken to was the named defendant: **BORIS KHURGIN**

### DESCRIPTION
Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **BLACK** Hair: **WHITE** App. Age: **60** App. Ht: **5'6"** App. Wt. **175**
Other identifying features:

Sworn to before me this **11**$^{TH}$
day of **JUNE 2008**

MICHAEL PEREZ
Notary Public, State of New York
No. 01PE6065326
Qualified in Queens County
Commission Expires Oct. 15, 2009

JOLANTYNA CAGNEY 116-9105