5-638582
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MAERSK LINE,

                     Plaintiff,

- against -

WIT, INC., and BORIS KHURGIN,

                     Defendants.
-------------------------------------------------------X

08 CV 4965 (RJS)

ORDER TO
SHOW CAUSE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

      PLEASE TAKE NOTICE that upon the annexed affidavits of Albert J. Avallone, Esq., with Exhibits annexed thereto, and Dave Johnson, and upon all prior pleadings and proceedings herein, defendants WIT, INC. and BORIS KHURGIN is summoned to show cause before the Hon. ~~Peter K. Leisure~~ Richard J. Sullivan, D.J. at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, in Courtroom 21C thereof, on the 14th day of August, 2008, at 4:00 p.m. why judgment by default should not be entered against defendant due to defendants' failure to respond to the Complaint.

      PLEASE TAKE FURTHER NOTICE that service on defendants WIT, INC. and BORIS KHURGIN by first class mail, postage prepaid, on or before July 11, 2008, ~~2008~~ shall be deemed sufficient service thereof. Defendants' Response shall be filed by July 25, 2008. Plaintiffs' Reply, if any, shall be filed by August 1, 2008. No prior application for the relief requested has been made.

Dated: New York, New York
         July 8, 2008

                                           _____
                                           U.S.D.J.