UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MAERSK LINE,

               Plaintiff,

-v-

WIT, INC., and BORIS KHURGIN,

               Defendants.

No. 08 Civ. 4965 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    PLEASE TAKE NOTICE that upon the annexed affidavits of Albert J. Avallone, Esq., with Exhibits annexed thereto, and Dave Johnson, and upon all prior pleadings and proceedings herein, defendants WIT, INC. and BORIS KHURGIN is summoned to show cause before the Hon. Richard J. Sullivan, District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York in Courtroom 21C thereof, on the 5th day of September, 2008, at 4:00pm why judgment by default should not be entered against defendant due to defendant's failure to respond to the Complaint.

    PLEASE TAKE FURTHER NOTICE that service on defendants WIT, INC. and BORIS KHURGIN by first class mail, postage prepaid, on or before August 18, 2008, shall be deemed sufficient service thereof. Defendant's response shall be filed by August 29, 2008

Plaintiff's reply, if any, shall be filed by September 3, 2008. No prior application for the relief requested has been made.

SO ORDERED.

Dated:  August 14, 2008
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies of this order were mailed to:

Charles Gatling
# 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
North Infirmary Command
15-00 Hazen Street
East Elmhurst, NY 11370