UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

MAERSK LINE,                                            08 CV 4965 (RJS)

           Plaintiff,

v.                                                      **NOTICE OF APPEARANCE**

WIT, INC., and BORIS KHURGIN,

           Defendants.

------------------------------------------------x

**PLEASE TAKE NOTICE** that Defendants WIT, INC., and BORIS KHURGIN hereby appear in this action and that the undersigned are attorneys for said Defendants at the address listed below:

    CHALOS & CO, P.C.
    123 South Street
    Oyster Bay, NY 11771
    Tel:   (516) 714-4300
    Fax:   (866) 702-4577

Dated: Oyster Bay, New York
       August 28, 2008

_____
George M. Chalos (GC-8693)

_____
LeRoy S. Corsa (LC-2966)
CHALOS & CO, P.C.
123 South Street
Oyster Bay, NY 11771
Ph:   516-714 4300
Fax:  866-702-4577
Email: gmc@chaloslaw.com
       rcorsa@chaloslaw.com