UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MAERSK LINE,

                               Plaintiff,      08 CV 4965 (RJS)

-v-

                                          **STATEMENT PURSUANT**
                                          **TO F.R.C.P 7.1**

WIT, INC., and BORIS KHURGIN

                               Defendants.
------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants, WIT, INC., and BORIS KHURGIN., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
       August 28, 2008

                                          CHALOS & CO, P.C.
                                          Attorneys for Defendants
                                          WIT, INC., and BORIS KHURGIN.

             By:      _____
                            George M. Chalos (GC-8693)
                            123 South Street
                            Oyster Bay, New York 11771
                            Tel: (516) 714-4300
                            Fax: (866) 702-4577
                            Email: gmc@chaloslaw.com