UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

MAERSK LINE,                                               08 CV 4965 (RJS)

                Plaintiff,

v.                                                         **ANSWER**

WIT, INC., and BORIS KHURGIN,

                Defendants.
_____x

    Defendants, WIT, INC., and BORIS KHURGIN, by their attorneys, CHALOS & CO, P.C., as and for their Answer to the Complaint, allege upon information and belief as follows:

1)     Defendants admit the allegations of paragraphs 1, 3 and 5 of the Complaint.

2)     Defendants deny knowledge or information as to the allegations of paragraph 2 of the Complaint.

3)     Defendants deny each and every allegation in paragraphs 6, 7, and 8.

4)     Defendants admit the allegations of paragraph 4 of the Complaint except that defendants deny that they agreed to pay the charges set forth in Schedule A of the Complaint.

**WHEREFORE,** defendants demand judgment dismissing the Complaint and for such other and further relief as justice requires.

Dated: Oyster Bay, New York
August 28, 2008

                                                          CHALOS & CO, P.C.

By: _____
George M. Chalos (GC-8693)
Attorneys for Defendants
WIT, INC. and BORIS KHURGIN
123 South Street
Oyster Bay, NY 11771
Ph:     516-714 4300
Fax:    866-702-4577
Email: gmc@chaloslaw.com

TO:    Albert J. Avallone, Esq.
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, New York  10176
Ph:     212-696-1760
Email: aja@ajavallone.com