UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAERSK LINE,

                Plaintiff,

-v-

WIT, INC., and BORIS KHURGIN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

No. 08 Civ. 4965 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter dated August 27, 2008 from LeRoy S. Corsa, Esq., who purports to represent the defendants in this matter. The letter requests an extension of time in which to file an answer and a response to the pending order to show cause.

    Defendants' motion is denied without prejudice to renewal once Mr. Corsa, or any other attorney retained to represent the defendants, enters a notice of appearance.

SO ORDERED.

Dated:    August 27, 2008
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE