USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 9\2\08

5-638582

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MAERSK LINE,

                                    Plaintiff,          08 Civ. 4965 (RJS)

        - against -                                     NOTICE AND ORDER
                                                        WITHDRAWING ORDER
WIT. INC., and BORIS KHURGIN,                           TO SHOW CAUSE

                                    Defendants.

-------------------------------------------------------------X

        PLEASE TAKE NOTICE that as defendant has appeared and

answered, plaintiff hereby withdraws its Order to Show Cause for entry of default

to be heard on September 5, 2008.

Dated: New York, New York
        September 2, 2008

                                LAW OFFICES OF
                                ALBERT J. AVALLONE & ASSOCIATES

                                By _____
                                Albert J. Avallone - AA1679
                                Attorneys for Plaintiff
                                MAERSK LINE
                                551 Fifth Avenue, Suite 1625
                                New York, NY 10176
                                (212) 696-1760

SO ORDERED.

_____
            U.S.D.J.
9/2/05