# CHALOS & CO.
## International Law Firm

123 South Street, Oyster Bay, New York 11771

TEL: +1-516-714-4300 • FAX: +1-866-702-4577 • WEB: www.chaloslaw.com

**George M. Chalos**
ATTORNEY AT LAW

DIRECT: +1-516-714-3040
MOBILE: +1-516-721-4076
EMAIL: gmc@chaloslaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

August 28, 2008

*Via Facsimile 212 805 7946*

Hon. Richard J. Sullivan
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:  **Maersk Line v. WIT Inc., and Boris Khurgin**
     **Docket No.: 08 cv 4965 (RJS)**
     **Chalos & Co. Ref: 2047.001**

Honorable Sir:

We attach hereto a Notice of Appearance on behalf of both Defendants which was filed today.

As we stated in our letter dated August 27, 2008, there is presently pending an Order to Show Cause, returnable on September 5, 2008.

Mr. Avallone has consented to an adjournment of the return date for two weeks. Accordingly, we respectfully request that the matter be adjourned until September 19, 2008.

At present, defendants' response is to be filed by August 29, 2008, and plaintiff's reply is to be filed by September 3, 2008. We request that these dates also be adjourned as follows:

Defendants' response to be filed by September 12, 2008, and
Plaintiff's reply to be filed by September 17, 2008.

Thanking the Court for its time and consideration, we remain,

Respectfully yours,

CHALOS & CO. P.C.

LeRoy S. Corsa

*Request granted. The parties shall appear on Sept. 19, 2008 at 11:30 a.m.*
SO ORDERED
Date: 8/29/08
RICHARD J. SULLIVAN
U.S.D.J.
RJS:jd

cc: Albert J. Avallone & Assoc.
    (via e-mail: aja@ajavallone.com)

A PROFESSIONAL CORPORATION • ASSOCIATED OFFICES: PIRAEUS, GREECE